UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. **CR220 047** |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | **Conspiracy to Possess with** |
| JAMES LAMOUNT GRAHAM, | ) | **Intent to Distribute and to** |
| a/k/a "JT MONEY," | ) | **Distribute Controlled** |
| a/k/a "JAMES LIVINGSTON," | ) | **Substances** |
| JAMES DIANGELO GIBBS, | ) | |
| a/k/a "BIG LOPE," | ) | 21 U.S.C. § 841(a)(1) |
| SANDRELL MAURICE HOBBS, | ) | **Distribution of Controlled** |
| DEANDRA LAROY GRAHAM, | ) | **Substances** |
| a/k/a "BIRD," | ) | |
| MONTOYA LATSE EADY, | ) | 18 U.S.C. § 922(g) |
| a/k/a "MON," | ) | **Possession of Firearm by** |
| ROBERT LIVINGSTON, | ) | **Prohibited Person** |
| ANGELA LEROY LIVINGSTON, | ) | |
| WILLIE LEE BATTEN, | ) | 18 U.S.C. § 924(c) |
| DARRELL LYNN VEAL | ) | **Possession of Firearm in** |
| | ) | **Furtherance of Drug** |
| | ) | **Trafficking Crime** |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | **Aiding and Abetting** |
| | ) | |
| | ) | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute and*
*Distribute Controlled Substances*
21 U.S.C. § 846

Beginning on a date at least as early as April 7, 2018, up to and including on

or about May 28, 2020, the precise dates being unknown, in Appling, Coffee, and

Telfair Counties, within the Southern District of Georgia, and elsewhere, the

defendants herein:

**JAMES LAMOUNT GRAHAM,**
**a/k/a "JT MONEY,"**
**a/k/a "JAMES LIVINGSTON,"**
**JAMES DIANGELO GIBBS,**
**a/k/a "BIG LOPE,"**
**SANDRELL MAURICE HOBBS,**
**DEANDRA LAROY GRAHAM,**
**a/k/a "BIRD,"**
**MONTOYA LATSE EADY,**
**a/k/a "MON,"**
**ROBERT LIVINGSTON,**
**ANGELA LEROY LIVINGSTON,**
**WILLIE LEE BATTEN,**
**DARRELL LYNN VEAL,**

aided and abetted by each other and by others known and unknown, with some

joining the conspiracy earlier and others joining later, did knowingly and

intentionally combine, conspire, confederate and agree together and with each other,

and with others known and unknown, to possess with intent to distribute and to

distribute 50 grams or more of methamphetamine, and a mixture or substance

containing a detectable amount of cocaine hydrochloride, Schedule II controlled

2

substances, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 846.

<u>**COUNT TWO**</u>
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 7, 2018, in Telfair County, within the Southern District of Georgia, the defendant,

**JAMES LAMOUNT GRAHAM,**
**a/k/a "JT MONEY,"**
**a/k/a "JAMES LIVINGSTON,"**

aided and abetted by others known and unknown, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1).

4

## COUNT THREE

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 30, 2018, in Telfair County, within the Southern District of

Georgia, the defendant,

### JAMES LAMOUNT GRAHAM,
### a/k/a "JT MONEY,"
### a/k/a "JAMES LIVINGSTON,"

aided and abetted by others known and unknown, did knowingly and intentionally

distribute 50 grams or more of methamphetamine, a Schedule II controlled

substance, in violation of Title 18, United States Code, Section 2 and Title 21, United

States Code, Sections 841(a)(1).

5

## COUNT FOUR
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 21, 2020, in Coffee County, within the Southern District of Georgia, the defendant,

### SANDRELL MAURICE HOBBS,

aided and abetted by others known and unknown, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1).

6

## COUNT FIVE
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 28, 2020, in Coffee County, within the Southern District of Georgia, the defendant,

### SANDRELL MAURICE HOBBS,

aided and abetted by others known and unknown, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1).

7

## COUNT SIX
*Distribution of Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about June 25, 2018, in Appling County, within the Southern District

of Georgia, the defendant

### JAMES DIANGELO GIBBS,
### a/k/a "BIG LOPE,"

aided and abetted by others known and unknown, did knowingly and intentionally

distribute a mixture or substance containing a detectable amount of marijuana, a

Schedule I controlled substance, in violation of Title 18, United States Code, Section

2 and Title 21, United States Code, Sections 841(a)(1).

8

## COUNT SEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 15, 2018, in Telfair County, within the Southern District of Georgia, the defendant,

## WILLIE LEE BATTEN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit, a Hi-Point Model 09, 9 millimeter semi-automatic pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

9

## COUNT EIGHT
*Possession of Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 15, 2018, in Telfair County, within the Southern

District of Georgia, the defendant,

**WILLIE LEE BATTEN,**

did knowingly possess a firearm, in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States, to wit, Conspiracy to

Possess with Intent to Distribute and to Distribute Controlled Substances, in

violation of Title 21, United States Code, Section 846, as charged in Count One of

this Indictment,

All in violation of Title 18, United States Code, Section 924(c).

10

## COUNT NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 10, 2018, in Telfair County, within the Southern District of Georgia, the defendant,

## ROBERT LIVINGSTON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce a firearm, to wit, a JC Higgins Model 103.18, .22 caliber rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

11

## COUNTS TEN THROUGH FORTY-TWO
## USE OF COMMUNICATION FACILITY

On or about the dates and times below, in Appling, Coffee, and Telfair Counties, within the Southern District of Georgia, and elsewhere, the defendants listed below, aided and abetted by each other and by others known and unknown, knowingly and intentionally used a communication facility, to wit, one or more telephones, in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, incorporated by reference herein, which constitutes a felony violation of Title 21 U.S.C. § 846:

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 10 | **JAMES GRAHAM** | April 9, 2018 1:57 p.m. – 2:00 p.m. | 274,276,277,278,279 478-331-2983 229-315-0004 |
| 11 | **JAMES GRAHAM** | April 16, 2018 12:57 p.m. – 1:00 p.m. | 730, 732, 733, 734, 735 478-331-2983 229-315-0004 |
| 12 | **JAMES GRAHAM** | April 25, 2018 4:03 p.m. – 4:32 p.m. | 1256, 1257, 1261, 1262 478-331-2983 229-315-0004 |

12

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 13 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | June 21, 2018<br><br>12:41 p.m. | 1023<br>229-315-0004<br>229-212-0356 |
| 14 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | June 21, 2018<br><br>3:29 p.m. | 1041<br>229-315-0004<br>229-212-0356 |
| 15 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | August 6, 2018<br><br>10:33 p.m. | 9888<br>229-315-0004<br>478-464-4081 |
| 16 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | August 8, 2018<br><br>9:37 a.m. | 10221<br>229-315-0004<br>478-464-4081 |
| 17 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | August 8, 2018<br><br>9:38 a.m. | 10222<br>229-315-0004<br>478-464-4081 |
| 18 | JAMES GRAHAM<br><br>DEANDRA GRAHAM | August 8, 2018<br><br>12:18 p.m. | 10228<br>229-315-0004<br>478-464-4081 |
| 19 | JAMES GRAHAM<br><br>DARRYL VEAL | June 20, 2018<br><br>5:53 p.m. | 913<br>229-315-0004<br>229-212-0748 |
| 20 | JAMES GRAHAM<br><br>DARRYL VEAL | June 22, 2018<br><br>5:20 p.m. | 1212<br>229-315-0004<br>229-212-0748 |

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 21 | JAMES GRAHAM<br><br>SANDRELL HOBBS | July 15, 2018<br><br>8:57 a.m. – 1:59 p.m. | 5320, 5321, 5322, 5323, 5324, 5378, 5379<br><br>229-315-0004<br><br>912-592-2701 |
| 22 | JAMES GRAHAM<br><br>SANDRELL HOBBS | July 15, 2018<br><br>2:02 p.m. | 5381<br><br>229-315-0004<br><br>912-592-2701 |
| 23 | JAMES GRAHAM<br><br>SANDRELL HOBBS | July 15, 2018<br><br>4:05 p.m. | 5397<br><br>229-315-0004<br><br>912-592-2701 |
| 24 | JAMES GRAHAM<br><br>SANDRELL HOBBS | July 16, 2018<br><br>11:54 a.m. – 12:08 p.m. | 5535, 5539<br><br>229-315-0004<br><br>912-592-2701 |
| 25 | JAMES GRAHAM<br><br>WILLIE BATTEN | June 17, 2018<br><br>9:16 p.m. | 479<br><br>229-315-0004<br><br>229-315-8981 |
| 26 | JAMES GRAHAM<br><br>WILLIE BATTEN | June 21, 2018<br><br>6:24 p.m. | 1093<br><br>229-315-0004<br><br>229-315-8981 |
| 27 | JAMES GRAHAM<br><br>WILLIE BATTEN | June 26, 2018<br><br>3:19 p.m. | 1973<br><br>229-315-0004<br><br>229-315-8981 |
| 28 | JAMES GRAHAM<br><br>WILLIE BATTEN | July 2, 2018<br><br>6:34 p.m. | 3064<br><br>229-315-0004<br><br>229-315-8981 |

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 29 | JAMES GRAHAM<br><br>WILLIE BATTEN | July 6, 2018<br><br>4:51 p.m. | 3580<br>229-315-0004<br>229-315-8981 |
| 30 | JAMES GRAHAM<br><br>WILLIE BATTEN | July 6, 2018<br><br>5:01 p.m. | 3586<br>229-315-0004<br>229-315-8981 |
| 31 | JAMES GRAHAM<br><br>WILLIE BATTEN | August 5, 2018<br><br>10:26 a.m. | 9730<br>229-315-0004<br>229-315-8981 |
| 32 | JAMES GRAHAM<br><br>MONTOYA EADY | July 7, 2018<br><br>11:55 p.m. | 3760<br>229-315-0004<br>229-212-9030 |
| 33 | JAMES GRAHAM<br><br>MONTOYA EADY | July 9, 2018<br><br>6:13 p.m. | 4103<br>229-315-0004<br>229-212-9030 |
| 34 | JAMES GRAHAM<br><br>MONTOYA EADY | July 10, 2018<br><br>10:22 a.m. – 10:26 a.m. | 4194, 4195, 4196, 4197<br>229-315-0004<br>229-212-9030 |
| 35 | JAMES GRAHAM<br><br>MONTOYA EADY | July 10, 2018<br><br>11:08 a.m. | 4211<br>229-315-0004<br>229-212-9030 |
| 36 | JAMES GRAHAM<br><br>JAMES GIBBS | June 20, 2018<br><br>6:56 p.m. | 918<br>229-315-0004<br>912-278-9097 |

15

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 37 | JAMES GRAHAM<br><br>JAMES GIBBS | June 20, 2018<br><br>7:13 p.m. | 923<br>229-315-0004<br>912-278-9097 |
| 38 | JAMES GRAHAM<br><br>JAMES GIBBS | June 21, 2018<br><br>11:53 a.m. | 1020<br>229-315-0004<br>912-278-9097 |
| 39 | JAMES GRAHAM<br><br>JAMES GIBBS | June 29, 2018<br>7:41 p.m. – 7:49 p.m. | 2561, 2562, 2563, 2564, 2565, 2566<br>229-315-0004<br>912-278-9097 |
| 40 | JAMES GRAHAM<br><br>ROBERT LIVINGSTON | July 3, 2018<br><br>4:26 p.m. | 3184<br>229-315-0004<br>229-315-4755 |
| 41 | JAMES GRAHAM<br><br>LEROY LIVINGSTON<br>Angela Leroy Livingston | July 10, 2018<br><br>6:08 p.m. | 4270<br>229-315-0004<br>229-315-4755 |
| 42 | JAMES GRAHAM<br><br>LEROY LIVINGSTON<br>Angela Leroy Livingston | July 10, 2018 | 4278<br>229-315-0004<br>229-315-4755 |

All done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(b).

16

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Forty-Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants:

**JAMES LAMOUNT GRAHAM,**
**a/k/a "JT MONEY,"**
**a/k/a "JAMES LIVINGSTON,"**
**JAMES DIANGELO GIBBS,**
**a/k/a "BIG LOPE,"**
**SANDRELL MAURICE HOBBS,**
**DEANDRA LAROY GRAHAM,**
**a/k/a "BIRD,"**
**MONTOYA LATSE EADY,**
**a/k/a "MON,"**
**ROBERT LIVINGSTON,**
**ANGELA LEROY LIVINGSTON,**
**WILLIE LEE BATTEN,**
**DARRELL LYNN VEAL,**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense(s).

Upon conviction of any offense alleged in this Indictment, the above named defendants shall forfeit to the United States pursuant to Title 18, United States Code,

17

Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to:

    a.    Hi-Point Model 09, 9 mm semi-automatic pistol, serial no. P1289576;

    b.    JC Higgins Model 103.18, .22 caliber rifle, no discernable serial number;

    c.    12 gauge shotgun, make and model unknown, no discernable serial number.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

18

David H. Estes
First Assistant United States Attorney

John Harper*
Assistant United States Attorney

Karl Knoche*
Assistant United States Attorney