UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:20-cr-47 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAMOUNT GRAHAM | ) | |

**GOVERNMENT'S SECOND BRADY/GIGLIO NOTICE**

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorneys, and files its second Brady/Giglio notice.

1. Prospective witness "DB" (full name previously disclosed) was paid $1,990.98 by law enforcement during the time she served as a confidential informant. This sum was intended to defray living expenses of the prospective witness.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Karl Knoche*

Karl Knoche
Assistant United States Attorney
Georgia Bar No. 426624

*/s/ John P. Harper, III*

John P. Harper, III
Assistant United States Attorney
Georgia Bar No. 556403

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of November 2021.

                                          Respectfully submitted,

                                        DAVID H. ESTES
                                        ACTING UNITED STATES ATTORNEY

                                        ***/s/ Karl Knoche***

                                        Karl Knoche
                                        Assistant United States Attorney
                                        Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422